VOSS ET AL. V. LOOMIS, TRUSTEE, ET AL.

1. PROBATE COURT MAY COMPEL ASSIGNEE TO ACCOUNT.

An action may be brought on the bond of an assignee or trustee for failure to file and settle his account, or deliver the trust property to his successor, the probate court having first fixed his liability, and ordered the distribution.

2. ASSIGNEE MAY SUE HIS SUCCESSOR, IN THE SUPERIOR COURT.

Where an assignee or trustee, fails to deliver to his successor, the trust property, he may be sued in the superior court of Cincinnati.

3. SEVERAL JUDGMENT AGAINST ONE OR MORE OBLIGORS NOT ALLOWED.

The action, by his successor on the bond of a deposed assignee or trustee, must be a joint suit against all the obligors. It is error to render a several judgment against one or more of them, leaving the action to proceed against the rest.

ERROR to the Superior Court of Cincinnati.

Cox, J.

1. The probate court has jurisdiction to compel an assignee or trustee to account for money and property in his hands for distribution, and for failure to do so, an action on his bond may be brought when there is an order of that court fixing his liability and ordering the money to be paid, or on failure of the assignee to file and settle his account, or deliver to his successor all property and effects belonging to the trustee.

2. Under sec. 6341, Rev. Stat., providing that the successor of a trustee or assignee failing to deliver over to the successor trust property, may proceed against such trustee or assignee by action in the "common pleas or otherwise," the successor may bring his action in the superior court.

3. In an action on such bond, a joint suit against all the obligors is the only remedy, and it is error for the court to render a several judgment against one or more, leaving the action to proceed against the others. Board of Education v. Miner, 23 O. S., 211, 243; Roby v. Rainsberger, 27 O. S., 674.

Judgment of the superior court reversed.

Jordan, Jordan & Williams, for plaintiffs in error.

Storer & Harrison, for defendants in error.